UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CARON,<br><br>               Petitioner,<br>   v.<br>AARON FORD, et al.,<br><br>              Respondents. | Case No. 3:21-cv-00259-ART-CLB<br><br>ORDER |

      Respondents seek a 30-day extension of time to file a response to William Caron's 28 U.S.C. § 2254 habeas corpus petition (ECF No. 20). Good cause appearing,

      **IT IS ORDERED** that respondents' unopposed second motion for extension of time to file a response to the petition (ECF No. 20) is **GRANTED**. The deadline to respond to the petition for writ of habeas corpus is extended to June 30, 2022.

      DATED THIS 2nd day of June 2022.

                                      */s/ Anne R. Traum*
                                  ANNE R. TRAUM
                                  UNITED STATES DISTRICT JUDGE