UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CARON,<br><br>                    Petitioner,<br>    v.<br>AARON FORD, et al.,<br><br>                    Respondents. | Case No. 3:21-cv-00259-ART-CLB<br><br>ORDER |

Respondents seek an extension of time to file a response to William Caron's 28 U.S.C. § 2254 habeas corpus petition (ECF No. 22). Good cause appearing,

**IT IS ORDERED** that respondents' unopposed third motion for extension of time to file a response to the petition (ECF No. 22) is **GRANTED**. The deadline to respond to the petition for writ of habeas corpus is extended to August 15, 2022.

DATED THIS 12th day of July 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1