UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CARON,<br><br>　　　　　　　　　　　Petitioner,<br><br>　v.<br><br>AARON FORD, et al.,<br><br>　　　　　　　　　　　Respondents. | Case No. 3:21-cv-00259-ART-CLB<br><br>Order Granting Extension of Time to Respond to Petition to August 30, 2022 (ECF No. 24) |

　　　Respondents seek a brief extension of time to file a response to William Caron's 28 U.S.C. § 2254 habeas corpus petition (ECF No. 24). Good cause appearing,

　　　**IT IS ORDERED** that respondents' unopposed fourth motion for extension of time to file a response to the petition (ECF No. 24) is **GRANTED**. The deadline to respond to the petition for writ of habeas corpus is extended to August 30, 2022.

　　　DATED THIS 18th day of August 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1