UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| WILLIAM CARON, | Case No. 3:21-cv-00259-ART-CLB |
|---|---|
| Petitioner, | Order Granting Extension of Time to Respond to Motion to Dismiss to October 28, 2022 (ECF No. 49) |
| v. | |
| AARON FORD, et al., | |
| Respondents. | |

28 U.S.C. § 2254 habeas corpus petitioner William Caron seeks an extension of time to respond to respondents' motion to dismiss (ECF No. 49). Good cause appearing,

**IT IS ORDERED** that petitioner's unopposed first motion for extension of time to file a response to the motion to dismiss (ECF No. 49) is **GRANTED**. **The deadline to respond to the motion to dismiss is extended to October 28, 2022.**

DATED THIS 19th day of September 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1