1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CARON, | Case No. 3:21-cv-00259-ART-CLB |
| Petitioner, | Order Granting Extension of Time to Reply in Support of Motion to Dismiss to December 19, 2022 |
| v. | |
| AARON FORD, et al., | |
| Respondents. | (ECF No. 52) |

Respondents move for an extension of time to file a reply in support of their motion to dismiss William Caron's 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF No. 52.) Good cause appearing,

**IT IS ORDERED** that respondents' unopposed motion for extension of time to file a reply in support of the motion to dismiss (ECF No. 52) is **GRANTED**. **The deadline to reply is extended to December 19, 2022.**

DATED THIS 8th day of November 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1