UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| WILLIAM CARON, | Case No. 3:21-cv-00259-ART-CLB |
|---|---|
| Petitioner, | **Order Granting Extension of Time to Reply in Support of Motion to Dismiss to December 22, 2022** |
| v. | |
| AARON FORD, et al., | |
| Respondents. | **(ECF Nos. 54, 55)** |

Respondents move for a 2-day extension of time to file a reply in support of their motion to dismiss William Caron's 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF Nos. 54, 55.) Good cause appearing,

**IT IS ORDERED** that respondents' second motion for extension of time to file a reply in support of the motion to dismiss (ECF Nos. 54, 55) is **GRANTED** *nunc pro tunc.* **The deadline to reply is extended to December 22, 2022.**

DATED THIS 22nd day of December 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1