UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CARON,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>AARON FORD, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 3:21-cv-00259-ART-CLB<br><br>**Order Granting Extension of Time to Answer Petition to August 25, 2023**<br><br>**(ECF No. 60)** |

Respondents move for an extension of time to file an answer to William Caron's 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF No. 60.) Good cause appearing,

IT IS ORDERED that respondents' unopposed motion for extension of time to file an answer to the petition **(ECF No. 60) is GRANTED** *nunc pro tunc.* **The deadline to answer is extended to August 25, 2023.**

DATED THIS 29th day of June 2023.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1