UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CARON,<br><br>                    Petitioner,<br><br>v.<br><br>AARON FORD, et al.,<br><br>                    Respondents. | Case No. 3:21-cv-00259-ART-CLB<br><br>**Order Granting Extension of Time to Answer Petition to October 9, 2023**<br><br>(ECF No. 62) |

Respondents move for an extension of time to file an answer to William Caron's 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF No. 62.) Good cause appearing,

It is ordered that Respondents' unopposed second motion for extension of time to file an answer to the petition **(ECF No. 62) is GRANTED** *nunc pro tunc.* **The deadline to answer is extended to October 9, 2023.**

DATED THIS 12th day of September 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1