UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CARON, | Case No. 3:21-cv-00259-ART-CLB |
| Petitioner, | **Order Granting Stipulation for Extension of Time to File Answer and Reply to Petition** |
| v. | |
| AARON FORD, et al., | |
| Respondents. | (ECF No. 65) |

The parties have filed a stipulation for an extension of time to file the answer and reply to William Caron's 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF No. 65.) Good cause appearing,

It is ordered that the Stipulation **(ECF No. 65) is GRANTED** *nunc pro tunc.* **The deadline to answer is extended to November 24, 2023. The deadline to reply to the answer is extended to January 25, 2024.**

DATED THIS 17th day of October 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1